1  **LOYR, APC**
2  YOUNG W. RYU, ESQ. (SBN 266372)
   young.ryu@loywr.com
3  HENNA H. CHOI, ESQ. (SBN 306254)
4  henna.choi@loywr.com
   SARAH H. COHEN, ESQ. (SBN 330700)
5  sarah.cohen@loywr.com
6  3130 Wilshire Boulevard, Suite 209
   Los Angeles, California 90010
7  Telephone:   (213) 318 – 5323
8  Facsimile:    (800) 576 – 1170

9  Attorneys for Plaintiff, IAN LENAHAN

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14

15  IAN LENAHAN, an individual,            Case No. 2:21−cv−02710−FLA−RAO

16
17                  Plaintiff,              **JOINT STIPULATION AND**
                                            **REQUEST FOR DISMISSAL WITH**
18         vs.                              **PREJUDICE**
19                                          **[FED. R. CIV. P. 41(a)]**
20  TARGET CORPORATION, a California
    Corporation; and DOES 1 through 25,
21  inclusive,
22
23                  Defendants.

24
25
26
27
28

IT IS HEREBY STIPULATED between Plaintiff IAN LENAHAN ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") by and through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-entitled action be DISMISSED WITH PREJUDICE, with each party bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: March 29, 2022

_____
YOUNG W. RYU
HENNA H. CHOI
SARAH H. COHEN
LOYR, APC
Attorneys for PLAINTIFF
IAN LENAHAN

DATED: April 14, 2022

_____
SAMANTHA S. GRANT
WHITNEY NONNETTE PERRY
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Attorneys for Defendant

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.