1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IAN LENAHAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-02710-FLA-RAO<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL**<br><br>[Complaint Filed: February 26, 2021] |

On the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that this action be, and is hereby, dismissed WITH PREJUDICE with respect to Plaintiff's claims. Each side will bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: _____

FERNANDO L. AENLLE-ROCHA
U.S. District Judge