JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN LENAHAN, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, a California corporation; and DOES 1 through 25, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-02710-FLA (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [DKT. 47]**<br><br>[Complaint Filed: February 26, 2021] |

1

On April 15, 2022, the parties submitted the Joint Stipulation and Request for Dismissal with Prejudice ("Stipulation"). Dkt. 47. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS that this action be, and is, DISMISSED WITH PREJUDICE with respect to Plaintiff's claims. Each side will bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: April 18, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge